UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 13-11729-RGS

MARK JONES

v.

SUFFOLK COUNTY D.A., et al.

MEMORANDUM AND ORDER

August 26, 2013

STEARNS, D.J.

On July 17, 2013, plaintiff Mark Jones, an inmate now incarcerated at MCI Shirley, filed his self-prepared complaint against the Boston Police Department, two prosecutors, two former prosecutors and two of his former defense attorneys seeking declaratory and injunctive relief. With the complaint, Jones filed an Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application"), a Motion for Leave to Effectuate Service, and a Motion for Appointment of Counsel. See Docket.

Because Jones failed to provide a certified copy of his prison account statement, the Application was denied. See 7/18/13 Procedural Order, Docket No. 6. Jones was advised that if he wished to proceed with this action, within 21 days of the date of the Procedural Order, he either must pay the applicable filing fee or file a renewed motion for leave to proceed in forma pauperis accompanied by his certified prison account statement. Id. Copies of the Procedural Order were mailed to Jones and the Treasurer at MCI Shirley.

Although the Treasurer filed a copy of Jones' prison account statement, Jones has failed to file a renewed Application and the time period for doing so has expired. Accordingly, for the reasons set forth in the Procedural Order (Docket No. 6) and for the failure of Plaintiff to comply with the directives contained therein, it is hereby Ordered that the above-captioned matter is dismissed without prejudice.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE